UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY DICKMAN, | No. 2:25-cv-2096 AC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF LINCOLN and OFFICER DANIEL LEE, | |
| Defendant. | |

This case was assigned to the undersigned magistrate judge upon its filing on July 25, 2025, pursuant to Appendix A of the Local Rules. See ECF No. 1; L.R. App. A(m). The parties were therefore required to indicate by October 23, 2025, whether they consent to the undersigned's jurisdiction. See L.R. App. A(m)(1). Plaintiff has not filed the required form. Plaintiff has also failed to file proof of service of the complaint and summons on defendants. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why his failure to serve defendants with this action does not merit dismissal for failure to prosecute. Filing proof of service of the complaint and summons on defendants within this timeframe will discharge this order.

DATED: October 29, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE